**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **ISAAC SUTOR,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:19-cv-01602** |
| | ) | |
| **AMERIGROUP CORPORATION,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**ORDER**

This matter came before the Court on Defendant Amerigroup Corporation's Consent Motion to Continue the Hearing and for Extension of Time to File Response to Complaint. Upon consideration of the Consent Motion, the consent of Plaintiff to the relief requested, and for good cause shown, it is hereby,

ORDERED, ADJUDGED and DECREED that Defendant's Consent Motion to Continue the Hearing and for Extension of Time to File Response to Complaint be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that the hearing on the Motion to Stay filed by Defendant is continued from February 21, 2020, to March 13, 2020, at 10:00 a.m.

ORDERED, ADJUDGED and DECREED that Defendant Amerigroup Corporation, shall be GRANTED an extension of time until on or before March 27, 2020, to file its response to the Complaint filed by Plaintiff, Isaac Sutor.

Dated: February 19, 2020

/s/ LMB
Leonie M. Brinkema
United States District Judge