IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



FILED
AUG − 5 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| ISAAC SUTOR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:19-cv-01602 |
| | : | |
| AMERIGROUP CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, Isaac Sutor, and Defendant, AMERIGROUP CORPORATION, by counsel, and hereby moved the Court to dismiss with prejudice all claims against AMERIGROUP CORPORATION, in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against AMERIGROUP CORPORATION, is DISMISSED with prejudice.

Entered this 5th day of ~~July~~ Aug, 2020.

Claude M. Hilton
United States District Judge

WE ASK FOR THIS:

By /s/ Kristi C. Kelly
Kristi C. Kelly
Virginia State Bar No. 72791
Andrew J. Guzzo
Virginia State Bar No. 82170
Casey S. Nash
Virginia State Bar No. 84261
*Counsel for Plaintiffs*
KELLY GUZZO PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7570
Facsimile: 703-591-9285
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

By /s/ Alan D. Wingfield
Alan D. Wingfield
Virginia State Bar No. 27489
Virginia Bell Flynn
Virginia State Bar No. 79596
Massie P. Cooper
Virginia State Bar No. 82510
*Counsel for Defendants*
TROUTMAN SANDERS LLP
1001 Haxall Point, 15th Floor
Richmond, VA 23219
Telephone: (804) 697-1350
Facsimile: (703) 448-6520
Email: alan.wingfield@troutman.com
Email: virginia.flynn@troutman.com
Email: massie.cooper@troutman.com

2